No. 89–1128. UNITED TRANSPORTATION UNION *v.* UNITED TRANSPORTATION UNION, LOCAL 74. C. A. 6th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Teamsters* v. *Terry, ante,* p. 558.

No. — – ——. BROOKS *v.* SECRETARY OF HEALTH AND HUMAN SERVICES. Motion to direct the Clerk to file petition for writ of certiorari out of time denied.